UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| CYNTHIA BASTIN, | Civil No. C20-6243-SKV |
| Plaintiff, | |
| vs. | ORDER REVERSING COMMISSIONER'S DECISION |
| COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

Based on the stipulation of the parties, it is ORDERED that the Commissioner's decision in regard to Plaintiff's application for supplemental security income under Title II of the Social Security Act be REMANDED to the Commissioner of Social Security for a new hearing and decision by an administrative law judge (ALJ).

On remand, the ALJ will: update the record and offer the claimant a de novo hearing; reassess the allegations, medical opinions, and residual functional capacity in light of the updated record; and continue with the sequential evaluation process, reassessing the claimant's past relevant work and obtaining supplemental vocational expert testimony as necessary.

This case is reversed and remanded pursuant to sentence four of 42 U.S.C. § 405(g).

Upon proper presentation to this Court, Plaintiff will be entitled to reasonable attorney fees and

expenses pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

DATED this 12th day of August 2021.

S. KATE VAUGHAN
United States Magistrate Judge

Presented by:

s/ Jacob Phillips
JACOB PHILLIPS
Special Assistant United States Attorney
Office of the General Counsel
Social Security Administration
701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075
Telephone:  (206) 615-2274
Fax:  (206) 615-2531
jacob.phillips@ssa.gov